**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1746**

---

PIETER G. KUYPERS,

                                       Plaintiff - Appellant,

    versus

COMPTROLLER OF TREASURY FOR MARYLAND,

                                       Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Alexander Harvey II, Senior District Judge. (CA-01-616-H)

---

Submitted:  October 18, 2001        Decided:  October 25, 2001

---

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Pieter G. Kuypers, Appellant Pro Se. Gerald I. Langbaum, Annapolis, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Pieter G. Kuypers appeals from the district court's order dismissing Kuyper's action to recover sums withheld by the state of Maryland from his wages as a merchant seaman. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Kuypers' motion to proceed on appeal in forma pauperis and affirm on the reasoning of the district court. Kuypers v. Comptroller of Treasury for Md., No. CA-01-616-H (D. Md. filed Apr. 30, 2001, entered May 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2